FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL VEASTA LAMPLEY, | Case No.: 8:09-CV-00873-AG |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) JUDGMENT ~~OF DISMISSAL~~ |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2006-4, | Adv. Compl.: 11/18/08 |
| Defendant. | Amd Adv. Compl.: 1/29/09 |
| | 2nd Amd. Adv. Compl.: 2/18/09 |
| | 3rd Amd. Compl.: 9/4/09 |

The motion of defendant U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust, 2006-4 ("U.S. Bank") to dismiss plaintiff's third amended complaint for failure to state a claim upon which relief can be granted came on regularly for hearing on November 2, 2009, at 10:00 a.m. before the Honorable Andrew J. Guilford.

1   The Court, after considering the moving and opposition papers, as well as

2  oral argument, granted U.S. Bank's motion to dismiss plaintiff's third amended

3  complaint without leave to amend.

4   GOOD CAUSE APPEARING,

5   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that ~~Plaintiff's claim against~~ JUDGMENT be entered in favor of Defendant U.S. Bank National Association as Trustee for

6

7  the Structured Asset Investment Loan Trust, 2006-4. ~~is dismissed with prejudice.~~

8  Plaintiff is to recover nothing from U.S. Bank National Association as Trustee for

9  the Structured Asset Investment Loan Trust, 2006-4.

10

11

12  DATED: November **6**, 2009

13  HONORABLE ANDREW J. GUILFORD
   U.S. DISTRICT COURT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28